**Emanuel W. UPSHAW, Appellant,**

**v.**

**Bertha Clark UPSHAW, Appellee.**

**No. 2300.**

Municipal Court of Appeals for the District of Columbia.

Argued Dec. 15, 1958.

Decided Jan. 9, 1959.

W. Theophilus Jones, Washington, D. C., for appellant.

No appearance for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This action was brought by appellant for the annulment of his marriage on the ground of fraud. We have carefully examined the record and find no error affecting substantial rights. The judgment of the trial court is

Affirmed.

**Hamilton W. KENNER, Appellant,**

**v.**

**Gene ATKINS, Appellee.**

**No. 2301.**

Municipal Court of Appeals for the District of Columbia.

Submitted Dec. 15, 1958.

Decided Jan. 9, 1959.

Hamilton W. Kenner, pro se.

Charles Jay Pilzer, Harvey A. Jacobs, and Hubert M. Schlosberg, Washington, D. C., for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This appeal is from an order quashing a writ of attachment. We find no error affecting substantial rights.

Affirmed.